MOTT *v.* GRIFFITH.

STATE *ex rel.* M. L. MOTT v. E. A. GRIFFITH.

(Decided June 5, 1900.)

*Quo Warranto—Solicitor of the Superior Court of Forsyth County—Solicitor of Western District Criminal Court for Forsyth County.*

The decision of this case is controlled by the case of *White v. Murray,* at present term, the questions of law being the same.

CIVIL ACTION in the nature of *quo warranto,* to try the title of defendant to be Solicitor of Criminal Court of Forsyth County, heard upon agreed facts before *Shaw, J.,* at November Term, 1899, of FORSYTH Superior Court.

His Honor, upon consideration of facts agreed and submitted to him rendered judgment in favor of defendant E. A. Griffith, and the relator, M. L. Mott, excepted and appealed.

*Messrs. Holton & Alexander,* for appellant.
*Messrs. Glenn & Manly,* for appellee.

FURCHES, J.    From the facts agreed in this case it appears to us that the same questions of law are presented for our determination that were presented in the case of *White v. Murray,* at this term, and this case is controlled by the opinion in that case.    The judgment of the court below that the plaintiff could not recover must be affirmed.

Affirmed.